UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BROADCAST MUSIC, INC.; CAREERS-
BMG MUSIC PUBLISHING, INC.; DUNCAN
SHEIK SONGS; HAPP-DOG MUSIC,
a division of Immortal Entertainment;
CYANIDE PUBLISHING; UNICHAPPELL
MUSIC, INC.; WARNER-TAMERLANE
PUBLISHING CORP.; CRUDUP MUSIC;
MOW B'JOW MUSIC INC.; SONY/ATV
SONGS LLC; EVERGREEN POP AND
ALTERNATIVE LLC, d/b/a Music of
Everpop; SONGS OF UNIVERSAL, INC.;
CROOKED CHIMNEY MUSIC INC.; FOX
FILM MUSIC CORPORATION; and ECAF
MUSIC,

      Plaintiffs,

 -v-               1:14-CV-1147

ZAC RESTAURANT MANAGEMENT, LLC,
d/b/a Creekside Restaurant; and SEAN F.
MEAGHER, individually,

      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:            OF COUNSEL:

HARRIS BEACH PLLC         NEAL LOUIS SLIFKIN, ESQ.
Attorneys for Plaintiffs
99 Garnsey Road
Pittsford, NY 14534


DAVID N. HURD
United States District Judge

## **O R D E R**

Plaintiffs have moved for entry of default judgment, pursuant to Federal Rule of Civil Procedure 55(b), in favor of plaintiffs and against defendants Zac Restaurant Management, LLC, doing business as Creekside Restaurant, and Sean F. Meagher, individually ("defendants").

Upon review of all the submissions in support of plaintiffs' motion and all prior docket entries in this matter, and no one having appeared in opposition to the motion, and as defendants have failed to plead or otherwise defend this action, it is

ORDERED that

1. Plaintiffs' motion for default judgment is GRANTED;

2. Defendants knowingly and intentionally infringed upon the copyrights of ten (10) musical compositions owned and/or licensed by plaintiffs. Plaintiffs shall therefore recover statutory damages from defendants in the amount of $2000 for each of the ten (10) musical compositions, for a total of $20,000, pursuant to 17 U.S.C. § 504(c)(1);

3. Plaintiffs shall recover from defendants full costs for this action, including reasonable attorneys' fees in the amount of $7000, pursuant to 17 U.S.C. § 505;

4. Plaintiffs shall recover from defendants interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. § 1961;

5. Defendant Zac Restaurant Management, LLC, doing business as Creekside Restaurant, and its agents, servants, employees, and all persons acting under its permission or authority and defendant Sean F. Meagher, individually, shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.; and

6. This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

IT IS SO ORDERED.

The Clerk of the Court is directed to enter judgment accordingly and close the file.

_____
United States District Judge

Dated: February 13, 2015
Utica, New York.